UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, and on
Behalf Of All Other Persons Similarly Situated,

                      Plaintiffs,

-against-

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, LLC, MY GUARD
SECUIRTY CORP., DAVID BISTRICER,
Individually, RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually.

                      Defendants.
-----------------------------------------------------------X

☐ ORIGINAL

12 Civ. 5268 (JMF)

**OFFER OF JUDGMENT**

      Defendants hereby serves, but does not file, this offer of judgment as follows:

      1.     Defendants offers to allow judgment to be taken against Defendant Renaissance Equity Holdings, LLC in favor of Plaintiff Amado Pla in the amount of $3,250.00, inclusive of interest as of the date of acceptance.

      2.     Defendants offers to allow judgment to be taken against Defendant Renaissance Equity Holdings, LLC in favor of Plaintiff Kevin Joseph in the amount of $ 50.00, inclusive of interest as of the date of acceptance.

      3.     Defendants offers to allow judgment to be taken against Defendant Renaissance Equity Holdings, LLC in favor of Plaintiff Yishmael Levi in the amount of $ 2,500.00, inclusive of interest as of the date of acceptance.

      4.     Defendants offers to allow judgment to be taken against Defendant My Guard Security Corp. in favor of Plaintiff Amado Pla in the amount of $26,000.00, inclusive of interest as of the date of acceptance.

5. Defendants offers to allow judgment to be taken against Defendant My Guard Security Corp. in favor of Plaintiff Kevin Joseph in the amount of $ 500.00, inclusive of interest as of the date of acceptance.

6. Defendants offers to allow judgment to be taken against Defendant My Guard Security Corp. in favor of Plaintiff Yishmael Levi in the amount of $6,000.00, inclusive of interest as of the date of acceptance.

7. This offer is exclusive of costs and reasonable attorneys' fees which shall be decided by the Court.

8. This offer will be deemed withdrawn if it is not accepted within fourteen days of receipt by Plaintiff.

Dated: Garden City, New York
October 22, 2012

Respectfully submitted,

By: _____

Joshua Marcus, Esq. (JM 4250)
**FRANKLIN, GRINGER & COHEN, P.C.**
*Attorneys for Defendants*
666 Old Country Road, Suite 202
Garden City, NY 11530-2013
(516) 228-3131

TO:   Walker J. Harman, Esq. (WH-8044)
      Peter J. Andrews (PA 3295)
      THE HARMAN FIRM, P.C.
      *Attorneys for Plaintiffs*
      200 West 57th Street, Suite 900
      New York, NY 10019
      (212) 425-2600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X 12 Cv. 5268 (JMF)
AMADO S. PLA, KEVIN JOSEPH, and YISHMAEL
LEVI, Individually, And On Behalf Of All Other
Persons Similarly Situated,

                            Plaintiffs,

  -against-
                                                     **AFFIDAVIT OF SERVICE**

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, MY GUARD SECURITY CORP.,
DAVID BISTRICER, Individually, RAFAEL GARCIA,
Individually, MARC ANTHONY GARCIA, Individually,
and JOHN MURPHY, Individually,

                            Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NASSAU    )

       JEAN FRANKLIN, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age, and resides at Wantagh, New York.

       On October 22, 2012 deponent served a true copy of the annexed **OFFER OF JUDGMENT** via facsimile transmission at 11:59 a.m. and by mailing same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

                        Walker J. Harman, Esq.
                        Peter J. Andrews
                        THE HARMAN FIRM, P.C.
                        200 West 57th Street, Suite 900
                        New York, NY 10019

                        Fax No. (212) 202-3926

                                                     _Jean Franklin_
                                                   JEAN FRANKLIN

Sworn to before me this
22nd day of October, 2012

NOTARY PUBLIC

JOSHUA A. MARCUS
NOTARY PUBLIC, State of New York
No. 02MA6085921
Qualified in Nassau County
Commission Expires Jan. 13, 20__

# FAX TRANSMISSION

## FRANKLIN, GRINGER & COHEN, P.C.

666 Old Country Road, Suite 202
Garden City, NY 11530-2013
Telephone: (516) 228-3131
Fax: (516) 228-3136

| | | | |
|---|---|---|---|
| **To:** | Walker J. Harman, Esq.<br>Peter J. Andrews, Esq.<br>The Harman Firm, P.C. | **Date:** | October 22, 2012 |
| **Fax #:** | (212) 202-3926 | **Pages:** | _4_, including this cover sheet |
| **From:** | Joshua Marcus, Esq. | | |
| **Subject:** | *Amado S. Pla, et al. v. Renaissance Equity Holdings, et al.*<br>*Index No. 12 Civ. 5268 (JMF)* | | |

**COMMENTS:**

IF THERE IS A PROBLEM WITH THIS TRANSMISSION,
PLEASE CALL CINDY OR JEAN AT THE NUMBER LISTED ABOVE.

PRIVACY AND CONFIDENTIALITY NOTICE

The information contained in this facsimile is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

TRANSMISSION VERIFICATION REPORT

```
                                         TIME  : 10/22/2012 12:00
                                         NAME  : FRANKLINGRINGERCOHEN
                                         FAX   : 5162283136
                                         TEL   :
                                         SER.# : BROM1J333226
```

```
DATE,TIME            10/22  11:59
FAX NO./NAME         912122023926
DURATION             00:00:51
PAGE(S)              04
RESULT               OK
MODE                 STANDARD
                     ECM
```

# FAX TRANSMISSION

## FRANKLIN, GRINGER & COHEN, P.C.
666 Old Country Road, Suite 202
Garden City, NY  11530-2013
Telephone: (516) 228-3131
Fax: (516) 228-3136

| | | | |
|---|---|---|---|
| To: | Walker J. Harman, Esq.<br>Peter J. Andrews, Esq.<br>The Harman Firm, P.C. | Date: | October 22, 2012 |
| Fax #: | (212) 202-3926 | Pages: | 4, including this cover sheet |
| From: | Joshua Marcus, Esq. | | |
| Subject: | *Amado S. Pla, et al. v. Renaissance Equity Holdings, et al.*<br>*Index No. 12 Civ. 5268 (JMF)* | | |

COMMENTS: