| W.E. | Check dated | Worked | Amado Pla Paid | OT Owed | My Guard Rate of Pay | OT Rate | Owed |
|---|---|---|---|---|---|---|---|
| 6/14/2009 | 06/19/2009 | 39.40 | 39.25 | 0.000 | 20.00 | 30 | 0 |
| 6/21/2009 | 06/26/2009 | 40.48 | 40.00 | 0.500 | 20.00 | 30 | 15 |
| 6/28/2009 | 07/03/2009 | 40.31 | 40.00 | 0.250 | 20.00 | 30 | 7.5 |
| 7/5/2009 | 07/10/2009 | 49.28 | 40.00 | 9.250 | 20.00 | 30 | 277.5 |
| 7/12/2009 | 07/17/2009 | 40.51 | 39.50 | 0.500 | 20.00 | 30 | 15 |
| 7/19/2009 | 07/24/2009 | 41.10 | 40.00 | 1.000 | 20.00 | 30 | 30 |
| 7/26/2009 | 07/31/2009 | 40.46 | 40.00 | 0.500 | 20.00 | 30 | 15 |
| 8/2/2009 | 08/07/2009 | 34.30 | 40.00 | 0.000 | 20.00 | 30 | 0 |
| 8/9/2009 | 08/14/2009 | 42.18 | 40.00 | 2.250 | 20.00 | 30 | 67.5 |
| 8/16/2009 | 08/21/2009 | 41.37 | 40.00 | 1.250 | 20.00 | 30 | 37.5 |
| 8/23/2009 | 08/28/2009 | 34.47 | 32.00 | 0.000 | 20.00 | 30 | 0 |
| 8/30/2009 | 09/04/2009 | 42.38 | 40.00 | 2.500 | 20.00 | 30 | 75 |
| 9/6/2009 | 09/11/2009 | 44.38 | 40.00 | 4.500 | 20.00 | 30 | 135 |
| 9/13/2009 | 09/18/2009 | 42.43 | 32.00 | 2.500 | 20.00 | 30 | 75 |
| 9/20/2009 | 09/25/2009 | 42.00 | 40.00 | 2.000 | 20.00 | 30 | 60 |
| 9/27/2009 | 10/02/2009 | 41.11 | 40.00 | 1.000 | 20.00 | 30 | 30 |
| 10/4/2009 | 10/09/2009 | 41.52 | 40.00 | 1.500 | 20.00 | 30 | 45 |
| 10/11/2009 | 10/16/2009 | 41.31 | 40.00 | 1.250 | 20.00 | 30 | 37.5 |
| 10/18/2009 | 10/23/2009 | 41.56 | 40.00 | 1.500 | 20.00 | 30 | 45 |
| 10/25/2009 | 10/30/2009 | 43.50 | 40.00 | 3. 5 | 20.00 | 30 | 105 |
| 11/1/2009 | 11/06/2009 | 41.41 | 40.00 | 1.500 | 20.00 | 30 | 45 |
| 11/8/2009 | 11/13/2009 | 41.51 | 38.00 | 1.500 | 20.00 | 30 | 45 |
| 11/15/2009 | 11/20/2009 | 42.07 | 39.00 | 2.000 | 20.00 | 30 | 60 |
| 11/22/2009 | 11/27/2009 | 24.22 | 31.50 | 0.000 | 20.00 | 30 | 0 |
| 11/29/2009 | 12/04/2009 | 32.57 | 32.00 | 0.000 | 20.00 | 30 | 0 |
| 12/6/2009 | 12/11/2009 | 33.17 | 40.00 | 0.000 | 20.00 | 30 | 0 |
| 12/13/2009 | 12/18/2009 | 41.50 | 40.00 | 1.500 | 20.00 | 30 | 45 |
| 12/20/2009 | 12/25/2009 | 40.42 | 40.00 | 0.500 | 20.00 | 30 | 15 |
| 12/27/2009 | 01/01/2010 | 40.27 | 40.00 | 0.250 | 20.00 | 30 | 7.5 |
| 1/3/2010 | 01/08/2010 | 41.48 | 29.00 | 1.500 | 20.00 | 30 | 45 |
| 1/10/2010 | 01/15/2010 | 43.03 | 32.00 | 3.000 | 20.00 | 30 | 90 |
| 1/17/2010 | 01/22/2010 | 47.51 | 40.00 | 7.500 | 20.00 | 30 | 225 |
| 1/24/2010 | 01/29/2010 | 42.17 | 40.00 | 2.000 | 20.00 | 30 | 60 |
| 1/31/2010 | 02/05/2010 | 45.40 | 40.00 | 5.500 | 28.00 | 42 | 231 |
| 2/7/2010 | 02/12/2010 | 43.09 | 40.00 | 3.000 | 24.00 | 36 | 108 |
| 2/14/2010 | 02/19/2010 | 44.57 | 40.00 | 4.500 | 24.00 | 36 | 162 |
| 2/21/2010 | 02/26/2010 | 43.54 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 2/28/2010 | 03/05/2010 | 44.31 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 3/7/2010 | 03/12/2010 | 43.59 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 3/14/2010 | 03/19/2010 | 43.19 | 40.00 | 3.250 | 24.00 | 36 | 117 |
| 3/21/2010 | 03/26/2010 | 43.45 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 3/28/2010 | 04/02/2010 | 44.16 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 4/4/2010 | 04/09/2010 | 43.47 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 4/11/2010 | 04/16/2010 | 43.28 | 40.00 | 3.250 | 24.00 | 36 | 117 |
| 4/18/2010 | 04/23/2010 | 43.44 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 4/25/2010 | 04/30/2010 | 42.33 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 5/2/2010 | 05/07/2010 | 41.50 | 40.00 | 1.500 | 24.00 | 36 | 54 |
| 5/9/2010 | 05/14/2010 | 42.06 | 40.00 | 2.000 | 24.00 | 36 | 72 |
| 5/16/2010 | 05/21/2010 | 42.27 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 5/23/2010 | 05/28/2010 | 42.48 | 40.00 | 2.500 | 24.00 | 36 | 90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/30/2010 | 06/04/2010 | 43.29 | 40.00 | 3.250 | 24.00 | 36 | 117 |
| 6/6/2010 | 06/11/2010 | 42.27 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 6/13/2010 | 06/18/2010 | 42.57 | 32.00 | 2.500 | 24.00 | 36 | 90 |
| 6/20/2010 | 06/25/2010 | 42.17 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 6/27/2010 | 07/02/2010 | 42.30 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 7/4/2010 | 07/09/2010 | 44.28 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 7/11/2010 | 07/16/2010 | 42.28 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 7/18/2010 | 07/23/2010 | 41.45 | 32.00 | 1.500 | 24.00 | 36 | 54 |
| 7/25/2010 | 07/30/2010 | 42.35 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 8/1/2010 | 08/06/2010 | 34.15 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 8/8/2010 | 08/13/2010 | 34.52 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 8/15/2010 | 08/20/2010 | 44.01 | 32.00 | 4.000 | 24.00 | 36 | 144 |
| 8/22/2010 | 08/27/2010 | 41.53 | 40.00 | 1.500 | 24.00 | 36 | 54 |
| 8/29/2010 | 09/03/2010 | 42.14 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 9/5/2010 | 09/10/2010 | 25.59 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 9/12/2010 | 09/17/2010 | 40.31 | 24.00 | 0.250 | 24.00 | 36 | 9 |
| 9/19/2010 | 09/24/2010 | 33.54 | 24.00 | 0.000 | 24.00 | 36 | 0 |
| 9/26/2010 | 10/01/2010 | 43.34 | 32.00 | 3.250 | 24.00 | 36 | 117 |
| 10/3/2010 | 10/08/2010 | 45.27 | 40.00 | 5.250 | 24.00 | 36 | 189 |
| 10/10/2010 | 10/15/2010 | 43.05 | 40.00 | 3.000 | 24.00 | 36 | 108 |
| 10/17/2010 | 10/22/2010 | 42.36 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 10/24/2010 | 10/29/2010 | 42.13 | 40.00 | 2.250 | 24.00 | 36 | 81 |
| 10/31/2010 | 11/05/2010 | 34.15 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 11/7/2010 | 11/12/2010 | 43.19 | 32.00 | 3.250 | 24.00 | 36 | 117 |
| 11/14/2010 | 11/19/2010 | 40.18 | 40.00 | 0.250 | 24.00 | 36 | 9 |
| 11/21/2010 | 11/26/2010 | 33.42 | 39.50 | 0.000 | 24.00 | 36 | 0 |
| 11/28/2010 | 12/03/2010 | 34.02 | 32.00 | 0.000 | 24.00 | 36 | 0 |
| 12/5/2010 | 12/10/2010 | 46.49 | 24.00 | 6.500 | 24.00 | 36 | 234 |
| 12/12/2010 | 12/17/2010 | 37.20 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 12/19/2010 | 12/24/2010 | 43.57 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 12/26/2010 | 12/31/2010 | 41.31 | 40.00 | 1.250 | 24.00 | 36 | 45 |
| 1/2/2011 | 01/07/2011 | 34.02 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 1/9/2011 | 01/14/2011 | 41.21 | 32.00 | 1.250 | 24.00 | 36 | 45 |
| 1/16/2011 | 01/21/2011 | 42.52 | 40.00 | 2.500 | 24.00 | 36 | 90 |
| 1/23/2011 | 01/28/2011 | 34.57 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 1/31/2011 | 02/04/2011 | 41.04 | 32.00 | 1.000 | 24.00 | 36 | 36 |
| 2/6/2011 | 02/11/2011 | 44.53 | 46.00 | 4.500 | 24.00 | 36 | 162 |
| 2/13/2011 | 02/18/2011 | 36.14 | 32.00 | 0.000 | 24.00 | 36 | 0 |
| 2/20/2011 | 02/25/2011 | 44.19 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 2/27/2011 | 03/04/2011 | 45.38 | 40.00 | 5.500 | 24.00 | 36 | 198 |
| 3/6/2011 | 03/11/2011 | 43.52 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 3/13/2011 | 03/18/2011 | 43.08 | 40.00 | 3.000 | 24.00 | 36 | 108 |
| 3/20/2011 | 03/25/2011 | 46.27 | 40.00 | 6.250 | 24.00 | 36 | 225 |
| 3/27/2011 | 04/01/2011 | 44.17 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 4/3/2011 | 04/08/2011 | 47.43 | 40.00 | 7.500 | 24.00 | 36 | 270 |
| 4/10/2011 | 04/15/2011 | 43.15 | 40.00 | 3.250 | 24.00 | 36 | 117 |
| 4/17/2011 | 04/22/2011 | 46.03 | 40.00 | 6.000 | 24.00 | 36 | 216 |
| 4/24/2011 | 04/29/2011 | 45.28 | 40.00 | 5.250 | 24.00 | 36 | 189 |
| 5/1/2011 | 05/06/2011 | 44.28 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 5/8/2011 | 05/13/2011 | 43.41 | 40.00 | 3.500 | 24.00 | 36 | 126 |
| 5/15/2011 | 05/20/2011 | 41.56 | 40.00 | 1.500 | 24.00 | 36 | 54 |
| 5/22/2011 | 05/27/2011 | 43.59 | 40.00 | 3.500 | 24.00 | 36 | 126 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/29/2011 | 06/03/2011 | 43.02 | 40.00 | 3.000 | 24.00 | 36 | 108 |
| 6/5/2011 | 06/10/2011 | 50.39 | 40.00 | 10.500 | 24.00 | 36 | 378 |
| 6/12/2011 | 06/17/2011 | 44.23 | 31.00 | 4.250 | 24.00 | 36 | 153 |
| 19-Jun | 06/24/2011 | 46.41 | 40.00 | 6.500 | 24.00 | 36 | 234 |
| 6/26/2011 | 07/01/2011 | 49.15 | 40.00 | 9.250 | 24.00 | 36 | 333 |
| 7/3/2011 | 07/08/2011 | 46.04 | 40.00 | 6.000 | 24.00 | 36 | 216 |
| 7/10/2011 | 07/15/2011 | 52.38 | 40.00 | 12.500 | 24.00 | 36 | 450 |
| 7/17/2011 | 07/22/2011 | 46.45 | 32.00 | 6.500 | 24.00 | 36 | 234 |
| 7/24/2011 | 07/29/2011 | 46.43 | 40.00 | 6.500 | 24.00 | 36 | 234 |
| 7/31/2011 | 08/05/2011 | 46.00 | 40.00 | 6.000 | 24.00 | 36 | 216 |
| 8/7/2011 | 08/12/2011 | 50.56 | 40.00 | 10.500 | 24.00 | 36 | 378 |
| 8/14/2011 | 08/19/2011 | 47.39 | 40.00 | 7.500 | 24.00 | 36 | 270 |
| 8/21/2011 | 08/26/2011 | 44.27 | 40.00 | 4.250 | 24.00 | 36 | 153 |
| 8/28/2011 | 09/02/2011 | 44.06 | 40.00 | 4.000 | 24.00 | 36 | 144 |
| 9/4/2011 | 09/09/2011 | 34.48 | 40.00 | 0.000 | 24.00 | 36 | 0 |
| 9/11/2011 | 09/16/2011 | 25.20 | 32.00 | 0.000 | 24.00 | 36 | 0 |
| | | | | | | | 12021 |

| | | |
|---|---|---|
| Double | Liquidated | 24,042.00 |
| | Offer | 26,000.00 |

| W.E. | Check dated | Kevin Joseph hours worke paid | | OT Owed | My Guard Rate of Pay | OT Rate | Owed |
|---|---|---|---|---|---|---|---|
| 6/21/2009 | 6/26/2009 | 37.05 | 35.00 | 0 | 20 | 30 | 0 |
| 6/28/2009 | 7/3/2009 | 40.27 | 40.00 | 0.25 | 20 | 30 | 7.5 |
| 7/5/2009 | 7/10/2009 | 33.37 | 32.00 | 0 | 20 | 30 | 0 |
| 7/12/2009 | 7/17/2009 | 33.00 | 32.00 | 0 | 20 | 30 | 0 |
| 7/19/2009 | 7/24/2009 | 32.52 | 32.00 | 0 | 20 | 30 | 0 |
| 7/26/2009 | 7/31/2009 | 40.43 | 40.00 | 0.5 | 20 | 30 | 15 |
| 8/2/2009 | 8/7/2009 | 40.39 | 40.00 | 0.5 | 20 | 30 | 15 |
| 8/9/2009 | 8/14/2009 | 40.49 | 40.00 | 0.5 | 20 | 30 | 15 |
| 8/16/2009 | 8/21/2009 | 41.11 | 40.00 | 1 | 20 | 30 | 30 |
| 8/23/2009 | 8/28/2009 | 39.45 | 39.00 | 0 | 20 | 30 | 0 |
| 8/30/2009 | 9/4/2009 | 37.54 | 37.50 | 0 | 20 | 30 | 0 |
| 9/6/2009 | 9/11/2009 | 41.07 | 40.00 | 1 | 20 | 30 | 15 |
| 9/13/2009 | 9/18/2009 | 39.22 | 31.00 | 0 | 20 | 30 | 0 |
| 9/20/2009 | 9/25/2009 | 40.16 | 40.00 | 0.25 | 20 | 30 | 7.5 |
| 9/27/2009 | 10/2/2009 | 39.49 | 38.00 | 0 | 20 | 30 | 0 |
| 10/4/2009 | 10/9/2009 | 39.47 | 39.75 | 0 | 20 | 30 | 0 |
| 10/11/2009 | 10/16/2009 | 40.04 | 40.00 | 0 | 20 | 30 | 0 |
| 10/18/2009 | 10/23/2009 | 39.14 | 39.00 | 0 | 20 | 30 | 0 |
| 10/25/2009 | 10/30/2009 | 40.10 | 39.50 | 0 | 20 | 30 | 0 |
| 11/1/2009 | 11/6/2009 | 37.29 | 37.00 | 0 | 20 | 30 | 0 |
| 11/8/2009 | 11/13/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/15/2009 | 11/20/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/22/2009 | 11/27/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/29/2009 | 12/4/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 12/6/2009 | 12/11/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 12/13/2009 | 12/18/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 12/20/2009 | 12/25/2009 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 12/27/2009 | 1/1/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 1/3/2010 | 1/8/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 1/10/2010 | 1/15/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 1/17/2010 | 1/22/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 1/24/2010 | 1/29/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 1/31/2010 | 2/5/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 2/7/2010 | 2/12/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 2/14/2010 | 2/19/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 2/21/2010 | 2/26/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 2/28/2010 | 3/5/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 3/7/2010 | 3/12/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 3/14/2010 | 3/19/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 3/21/2010 | 3/26/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 3/28/2010 | 4/2/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 4/4/2010 | 4/9/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 4/11/2010 | 4/16/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 4/18/2010 | 4/23/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 4/25/2010 | 4/30/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 5/2/2010 | 5/7/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 5/9/2010 | 5/14/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 5/16/2010 | 5/21/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 5/23/2010 | 5/28/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/30/2010 | 6/4/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 6/6/2010 | 6/11/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 6/13/2010 | 6/18/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 6/20/2010 | 6/25/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 6/27/2010 | 7/2/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 7/4/2010 | 7/9/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 7/11/2010 | 7/16/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 7/18/2010 | 7/23/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 7/25/2010 | 7/30/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 8/1/2010 | 8/6/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 8/8/2010 | 8/13/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 8/15/2010 | 8/20/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 8/22/2010 | 8/27/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 8/29/2010 | 9/3/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 9/5/2010 | 9/10/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 9/12/2010 | 9/17/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 9/19/2010 | 9/24/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 9/26/2010 | 10/1/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 10/3/2010 | 10/8/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 10/10/2010 | 10/15/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 10/17/2010 | 10/22/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 10/24/2010 | 10/29/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 10/31/2010 | 11/5/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/7/2010 | 11/12/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/14/2010 | 11/19/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/21/2010 | 11/26/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 11/28/2010 | 12/3/2010 | 0.00 | 0.00 | 0 | 0 | 0 | 0 |
| 12/5/2010 | 12/10/2010 | 15.59 | 16.00 | 0 | 0 | 0 | 0 |
| 12/12/2010 | 12/17/2010 | 24.19 | 24.00 | 0 | 0 | 0 | 0 |
| 12/19/2010 | 12/24/2010 | 23.46 | 23.30 | 0 | 0 | 0 | 0 |
| 12/26/2010 | 12/31/2010 | 24.56 | 24.00 | 0 | 24 | 36 | 0 |
| 1/2/2011 | 1/7/2011 | 18.25 | 18.00 | 0 | 24 | 36 | 0 |
| 1/9/2011 | 1/14/2011 | 24.46 | 24.30 | 0 | 24 | 36 | 0 |
| 1/16/2011 | 1/21/2011 | 14.57 | 15.00 | 0 | 24 | 36 | 0 |
| 1/23/2011 | 1/28/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 1/30/2011 | 2/4/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 2/6/2011 | 2/11/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 2/13/2011 | 2/18/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 2/20/2011 | 2/25/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 2/27/2011 | 3/4/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 3/6/2011 | 3/11/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 3/13/2011 | 3/18/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 3/20/2011 | 3/25/2011 | 8.04 | 8.00 | 0 | 24 | 36 | 0 |
| 3/27/2011 | 4/1/2011 | 0.00 | 0.00 | 0 | 0 | 36 | 0 |
| 4/3/2011 | 4/8/2011 | 32.33 | 32.00 | 0 | 24 | 36 | 0 |
| 4/10/2011 | 4/15/2011 | 23.37 | 23.00 | 0 | 24 | 36 | 0 |
| 4/17/2011 | 4/22/2011 | 33.48 | 32.00 | 0 | 24 | 36 | 0 |
| 4/24/2011 | 4/29/2011 | 25.54 | 25.30 | 0 | 24 | 36 | 0 |
| 5/1/2011 | 5/6/2011 | 22.43 | 22.30 | 0 | 24 | 36 | 0 |
| 5/8/2011 | 5/13/2011 | 24.24 | 24.00 | 0 | 24 | 36 | 0 |
| 5/15/2011 | 5/20/2011 | 24.01 | 24.00 | 0 | 24 | 36 | 0 |
| 5/22/2011 | 5/27/2011 | 16.00 | 16.00 | 0 | 24 | 36 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/29/2011 | 6/3/2011 | 23.14 | 23.30 | 0 | 24 | 36 | 0 |
| 6/5/2011 | 6/10/2011 | 38.56 | 39.00 | 0 | 24 | 36 | 0 |
| 6/12/2011 | 6/17/2011 | 32.33 | 31.30 | 0 | 24 | 36 | 0 |
| 6/19/2011 | 6/24/2011 | 28.38 | 27.00 | 0 | 24 | 36 | 0 |
| 6/26/2011 | 7/1/2011 | 31.19 | 31.00 | 0 | 24 | 36 | 0 |
| 7/3/2011 | 7/8/2011 | 19.24 | 19.30 | 0 | 24 | 36 | 0 |
| 7/10/2011 | 7/15/2011 | 32.59 | 33.00 | 0 | 24 | 36 | 0 |
| 7/17/2011 | 7/22/2011 | 19.48 | 20.00 | 0 | 24 | 36 | 0 |
| 7/24/2011 | 7/29/2011 | 26.19 | 26.00 | 0 | 24 | 36 | 0 |
| 7/31/2011 | 8/5/2011 | 25.16 | 25.30 | 0 | 24 | 36 | 0 |
| 8/7/2011 | 8/12/2011 | 27.44 | 28.00 | 0 | 24 | 36 | 0 |
| 8/14/2011 | 8/19/2011 | 28.32 | 27.00 | 0 | 24 | 36 | 0 |
| 8/21/2011 | 8/26/2011 | 28.15 | 28.30 | 0 | 24 | 36 | 0 |
| 8/28/2011 | 9/2/2011 | 13.09 | 13.00 | 0 | 24 | 36 | 0 |
| 9/4/2011 | 9/9/2011 | 30.32 | 30.00 | 0 | 24 | 36 | 0 |
| 9/11/2011 | 9/16/2011 | 19.28 | 19.35 | 0 | 24 | 36 | 0 |

|  |  |  |
|---|---|---|
|  | Damages | 105 |
| Double | Liquidated | 210 |
|  | Offer | 500 |

| W.E. | Check dated | Yishnmael Levi hours work paid | | OT Owed | My Guard Rate of Pay | OT Rate | Owed |
|---|---|---|---|---|---|---|---|
| 9/7/2008 | 9/12/2008 | 0 | 0.00 | 0 | 11 | 16.5 | 0 |
| 9/14/2008 | 9/19/2008 | 41.36 | 40.00 | 1.25 | 11 | 16.5 | 20.63 |
| 9/21/2008 | 9/26/2008 | 40.37 | 40.00 | 0.25 | 11 | 16.5 | 4.13 |
| 9/28/2008 | 10/3/2008 | 40.24 | 40.00 | 0.25 | 11 | 16.5 | 4.13 |
| 10/5/2008 | 10/10/2008 | 40.04 | 40.00 | 0 | 11 | 16.5 | 0 |
| 10/12/2008 | 10/17/2008 | 15.50 | 40.00 | 0 | 11 | 16.5 | 0 |
| 10/19/2008 | 10/24/2008 | 39.37 | 39.75 | 0 | 11 | 16.5 | 0 |
| 10/26/2008 | 10/31/2008 | 39.40 | 39.50 | 0 | 11 | 16.5 | 0 |
| 11/2/2008 | 11/7/2008 | 40.14 | 40.00 | 0.25 | 11 | 16.5 | 4.13 |
| 11/9/2008 | 11/14/2008 | 30.49 | 32.00 | 0 | 11 | 16.5 | 0 |
| 11/16/2008 | 11/21/2008 | 16.03 | 16.00 | 0 | 11 | 16.5 | 0 |
| 11/23/2008 | 11/28/2008 | 23.58 | 24.00 | 0 | 11 | 16.5 | 0 |
| 11/30/2008 | 12/5/2008 | 24.35 | 24.00 | 0 | 11 | 16.5 | 0 |
| 12/7/2008 | 12/12/2008 | 16.14 | 32.00 | 0 | 11 | 16.5 | 0 |
| 12/14/2008 | 12/19/2008 | 24.12 | 24.00 | 0 | 11 | 16.5 | 0 |
| 12/21/2008 | 12/26/2008 | 23.59 | 24.00 | 0 | 11 | 16.5 | 0 |
| 12/28/2008 | 1/2/2009 | 31.27 | 23.50 | 0 | 11 | 16.5 | 0 |
| 1/4/2009 | 1/9/2009 | 33.11 | 31.25 | 0 | 11 | 16.5 | 0 |
| 1/11/2009 | 1/16/2009 | 24.18 | 24.00 | 0 | 11 | 16.5 | 0 |
| 1/18/2009 | 1/23/2009 | 24.21 | 24.00 | 0 | 11 | 16.5 | 0 |
| 1/25/2009 | 1/30/2009 | 31.20 | 30.50 | 0 | 11 | 16.5 | 0 |
| 2/1/2009 | 2/6/2009 | 16.30 | 14.50 | 0 | 11 | 16.5 | 0 |
| 2/8/2009 | 2/13/2009 | 24.10 | 23.75 | 0 | 11 | 16.5 | 0 |
| 2/15/2009 | 2/20/2009 | 24.33 | 24.00 | 0 | 11 | 16.5 | 0 |
| 2/22/2009 | 2/27/2009 | 23.52 | 24.00 | 0 | 11 | 16.5 | 0 |
| 3/1/2009 | 3/6/2009 | 15.56 | 23.75 | 0 | 11 | 16.5 | 0 |
| 3/8/2009 | 3/13/2009 | 22.43 | 32.00 | 0 | 11 | 16.5 | 0 |
| 3/15/2009 | 3/20/2009 | 24.34 | 24.00 | 0 | 11 | 16.5 | 0 |
| 3/22/2009 | 3/27/2009 | 24.13 | 24.00 | 0 | 11 | 16.5 | 0 |
| 3/29/2009 | 4/3/2009 | 16.42 | 32.00 | 0 | 11 | 16.5 | 0 |
| 4/5/2009 | 4/10/2009 | 32.38 | 24.00 | 0 | 11 | 16.5 | 0 |
| 4/12/2009 | 4/17/2009 | 24.05 | 24.00 | 0 | 11 | 16.5 | 0 |
| 4/19/2009 | 4/24/2009 | 15.49 | 25.75 | 0 | 11 | 16.5 | 0 |
| 4/26/2009 | 5/1/2009 | 7.49 | 32.00 | 0 | 11 | 16.5 | 0 |
| 5/3/2009 | 5/8/2009 | 7.49 | 24.00 | 0 | 11 | 16.5 | 0 |
| 5/10/2009 | 5/15/2009 | 16.11 | 24.00 | 0 | 11 | 16.5 | 0 |
| 5/17/2009 | 5/22/2009 | 31.51 | 31.75 | 0 | 11 | 16.5 | 0 |
| 5/24/2009 | 5/29/2009 | 39.42 | 40.00 | 0 | 11 | 16.5 | 0 |
| 5/31/2009 | 6/5/2009 | 40.17 | 47.25 | 0 | 11 | 16.5 | 0 |
| 6/7/2009 | 6/12/2009 | 30.51 | 30.75 | 0 | 11 | 16.5 | 0 |
| 6/14/2009 | 6/19/2009 | 32.40 | 32.00 | 0 | 11 | 16.5 | 0 |
| 6/21/2009 | 6/26/2009 | 32.08 | 32.00 | 0 | 11 | 16.5 | 0 |
| 6/28/2009 | 7/3/2009 | 32.34 | 31.75 | 0 | 11 | 16.5 | 0 |
| 7/5/2009 | 7/10/2009 | 41.24 | 40.00 | 1.25 | 11 | 16.5 | 20.63 |
| 7/12/2009 | 7/17/2009 | 16.54 | 16.00 | 0 | 11 | 16.5 | 0 |
| 7/19/2009 | 7/24/2009 | 24.22 | 32.00 | 0 | 11 | 16.5 | 0 |
| 7/26/2009 | 7/31/2009 | FAILED TO PUNCH | 32.00 | | 11 | 16.5 | 0 |
| 8/2/2009 | 8/7/2009 | | 32.00 | | 11 | 16.5 | 0 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/9/2009 | 8/14/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 8/16/2009 | 8/21/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 8/23/2009 | 8/28/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 8/30/2009 | 9/4/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 9/6/2009 | 9/11/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 9/13/2009 | 9/18/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 9/20/2009 | 9/25/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 9/27/2009 | 10/2/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 10/4/2009 | 10/9/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 10/11/2009 | 10/16/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 10/18/2009 | 10/23/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 10/25/2009 | 10/30/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 11/1/2009 | 11/6/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 11/8/2009 | 11/13/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 11/15/2009 | 11/20/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 11/22/2009 | 11/27/2009 | | 40.00 | | 11 | 16.5 | 0 |
| 11/29/2009 | 12/4/2009 | | 24.00 | | 11 | 16.5 | 0 |
| 12/6/2009 | 12/11/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 12/13/2009 | 12/18/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 12/20/2009 | 12/25/2009 | | 32.00 | | 11 | 16.5 | 0 |
| 12/27/2009 | 1/1/2010 | | 24.00 | | 11 | 16.5 | 0 |
| 1/3/2010 | 1/8/2010 | | 40.00 | | 11 | 16.5 | 0 |
| 1/10/2010 | 1/15/2010 | | 32.00 | | 11 | 16.5 | 0 |
| 1/17/2010 | 1/22/2010 | | 32.00 | | 11 | 16.5 | 0 |
| 1/24/2010 | 1/29/2010 | 32.42 | 32.00 | 0 | 11 | 16.5 | 0 |
| 1/31/2010 | 2/5/2010 | 40.31 | 40.00 | 0.25 | 11 | 16.5 | 4.13 |
| 2/7/2010 | 2/12/2010 | 40.44 | 40.00 | 0.5 | 11 | 16.5 | 8.25 |
| 2/14/2010 | 2/19/2010 | 40.19 | 39.50 | 0.25 | 11 | 16.5 | 4.13 |
| 2/21/2010 | 2/26/2010 | 38.57 | 38.50 | 0 | 11 | 16.5 | 0 |
| 2/28/2010 | 3/5/2010 | 41.34 | 40.00 | 1.25 | 13 | 19.5 | 24.38 |
| 3/7/2010 | 3/12/2010 | 40.41 | 40.00 | 0.5 | 13 | 19.5 | 9.75 |
| 3/14/2010 | 3/19/2010 | 40.51 | 40.00 | 0.5 | 13 | 19.5 | 9.75 |
| 3/21/2010 | 3/26/2010 | 32.25 | 36.00 | 0 | 13 | 19.5 | 0 |
| 3/28/2010 | 4/2/2010 | 42.08 | 44.00 | 2 | 13 | 19.5 | 39 |
| 4/4/2010 | 4/9/2010 | 32.08 | 32.00 | 0 | 13 | 19.5 | 0 |
| 4/11/2010 | 4/16/2010 | 33.06 | 32.00 | 0 | 13 | 19.5 | 0 |
| 4/18/2010 | 4/23/2010 | 40.44 | 40.00 | 0.5 | 13 | 19.5 | 9.75 |
| 4/25/2010 | 4/30/2010 | 39.29 | 39.00 | 0 | 13 | 19.5 | 0 |
| 5/2/2010 | 5/7/2010 | 41.44 | 40.00 | 1.5 | 13 | 19.5 | 29.25 |
| 5/9/2010 | 5/14/2010 | 40.15 | 39.50 | 0.25 | 13 | 19.5 | 4.88 |
| 5/16/2010 | 5/21/2010 | 42.35 | 40.00 | 2.5 | 13 | 19.5 | 48.75 |
| 5/23/2010 | 5/28/2010 | 39.48 | 40.00 | 0 | 13 | 19.5 | 0 |
| 5/30/2010 | 6/4/2010 | 31.50 | 32.00 | 0 | 13 | 19.5 | 0 |
| 6/6/2010 | 6/11/2010 | 39.40 | 40.00 | 0 | 13 | 19.5 | 0 |
| 6/13/2010 | 6/18/2010 | 40.57 | 40.00 | 0.5 | 13 | 19.5 | 9.75 |
| 6/20/2010 | 6/25/2010 | 40.11 | 40.00 | 0 | 13 | 19.5 | 0 |
| 6/27/2010 | 7/2/2010 | 41.08 | 40.00 | 1 | 13 | 19.5 | 19.5 |
| 7/4/2010 | 7/9/2010 | 48.20 | 40.00 | 8.25 | 13 | 19.5 | 160.88 |
| 7/11/2010 | 7/16/2010 | 41.09 | 32.00 | 1 | 13 | 19.5 | 19.5 |
| 7/18/2010 | 7/23/2010 | 32.56 | 32.00 | 0 | 13 | 19.5 | 0 |
| 7/25/2010 | 7/30/2010 | 41.27 | 40.00 | 1.25 | 13 | 19.5 | 24.38 |
| 8/1/2010 | 8/6/2010 | 41.59 | 48.00 | 1.5 | 13 | 19.5 | 29.25 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/8/2010 | 8/13/2010 | 41.12 | 40.00 | 1 | 13 | 19.5 | 19.5 |
| 8/15/2010 | 8/20/2010 | 32.02 | 40.00 | 0 | 13 | 19.5 | 0 |
| 8/22/2010 | 8/27/2010 | 32.38 | 40.00 | 0 | 13 | 19.5 | 0 |
| 8/29/2010 | 9/3/2010 | 42.02 | 40.00 | 2 | 13 | 19.5 | 39 |
| 9/5/2010 | 9/10/2010 | 45.04 | 44.00 | 5 | 13 | 19.5 | 97.5 |
| 9/12/2010 | 9/17/2010 | 50.23 | 48.00 | 10.25 | 13 | 19.5 | 199.88 |
| 9/19/2010 | 9/24/2010 | 40.33 | 40.00 | 0.25 | 13 | 19.5 | 4.88 |
| 9/26/2010 | 10/1/2010 | 42.08 | 40.00 | 2 | 13 | 19.5 | 39 |
| 10/3/2010 | 10/8/2010 | 44.01 | 39.50 | 4 | 13 | 19.5 | 78 |
| 10/10/2010 | 10/15/2010 | 45.26 | 40.00 | 5.25 | 13 | 19.5 | 102.38 |
| 10/17/2010 | 10/22/2010 | 43.27 | 40.00 | 3.25 | 13 | 19.5 | 63.38 |
| 10/24/2010 | 10/29/2010 | 41.15 | 40.00 | 1.25 | 13 | 19.5 | 24.38 |
| 10/31/2010 | 11/5/2010 | 42.18 | 40.00 | 2.25 | 13 | 19.5 | 43.88 |
| 11/7/2010 | 11/12/2010 | 42.34 | 40.00 | 2.25 | 13 | 19.5 | 43.88 |
| 11/14/2010 | 11/19/2010 | 41.24 | 39.50 | 1.25 | 13 | 19.5 | 24.38 |
| 11/21/2010 | 11/26/2010 | 40.01 | 39.00 | 0 | 13 | 19.5 | 0 |
| 11/28/2010 | 12/3/2010 | 40.33 | 40.00 | 0.25 | 13 | 19.5 | 4.88 |
| 12/5/2010 | 12/10/2010 | 44.49 | 40.00 | 4.5 | 13 | 19.5 | 87.75 |
| 12/12/2010 | 12/17/2010 | 40.04 | 39.00 | 0 | 13 | 19.5 | 0 |
| 12/19/2010 | 12/24/2010 | 40.30 | 38.50 | 0.25 | 14 | 21 | 5.25 |
| 12/26/2010 | 12/31/2010 | 40.45 | 39.50 | 0.5 | 14 | 21 | 10.5 |
| 1/2/2011 | 1/7/2011 | 37.40 | 36.50 | 0 | 14 | 21 | 0 |
| 1/9/2011 | 1/14/2011 | 39.58 | 40.00 | 0 | 14 | 21 | 0 |
| 1/16/2011 | 1/21/2011 | 42.17 | 40.00 | 2.25 | 14 | 21 | 47.25 |
| 1/23/2011 | 1/28/2011 | 40.38 | 39.50 | 0.5 | 14 | 21 | 10.5 |
| 1/30/2011 | 2/4/2011 | 39.52 | 39.50 | 0 | 14 | 21 | 0 |
| 2/6/2011 | 2/11/2011 | 41.28 | 40.00 | 1.25 | 14 | 21 | 26.25 |
| 2/13/2011 | 2/18/2011 | 45.22 | 40.00 | 5.25 | 14 | 21 | 110.25 |
| 2/20/2011 | 2/25/2011 | 40.46 | 39.50 | 0.5 | 14 | 21 | 10.5 |
| 2/27/2011 | 3/4/2011 | 30.57 | 30.50 | 0 | 14 | 21 | 0 |
| 3/6/2011 | 3/11/2011 | 41.12 | 40.00 | 1 | 14 | 21 | 21 |
| 3/13/2011 | 3/18/2011 | 40.21 | 40.00 | 0.25 | 14 | 21 | 5.25 |
| 3/20/2011 | 3/25/2011 | 41.10 | 40.00 | 1 | 14 | 21 | 21 |
| 3/27/2011 | 4/1/2011 | 39.41 | 39.50 | 0 | 14 | 21 | 0 |
| 4/3/2011 | 4/8/2011 | 41.49 | 40.00 | 1.5 | 14 | 21 | 31.5 |
| 4/10/2011 | 4/15/2011 | 47.56 | 40.00 | 7.5 | 14 | 21 | 157.5 |
| 4/17/2011 | 4/22/2011 | 42.41 | 40.00 | 2.5 | 14 | 21 | 52.5 |
| 4/24/2011 | 4/29/2011 | 33.45 | 32.00 | 0 | 14 | 21 | 0 |
| 5/1/2011 | 5/6/2011 | 41.04 | 38.30 | 1 | 14 | 21 | 21 |
| 5/8/2011 | 5/13/2011 | 39.58 | 39.30 | 0 | 14 | 21 | 0 |
| 5/15/2011 | 5/20/2011 | 42.39 | 40.00 | 2.5 | 14 | 21 | 52.5 |
| 5/22/2011 | 5/27/2011 | 40.21 | 40.00 | 0.25 | 14 | 21 | 5.25 |
| 5/29/2011 | 6/3/2011 | 39.57 | 40.00 | 0 | 14 | 21 | 0 |
| 6/5/2011 | 6/10/2011 | 41.03 | 40.00 | 1 | 14 | 21 | 21 |
| 6/12/2011 | 6/17/2011 | 33.02 | 32.00 | 0 | 14 | 21 | 0 |
| 6/19/2011 | 6/24/2011 | 40.57 | 40.00 | 0.5 | 14 | 21 | 10.5 |
| 6/26/2011 | 7/1/2011 | 39.41 | 39.50 | 0 | 14 | 21 | 0 |
| 7/3/2011 | 7/8/2011 | 41.02 | 40.00 | 1 | 14 | 21 | 21 |
| 7/10/2011 | 7/15/2011 | 37.28 | 36.00 | 0 | 14 | 21 | 0 |
| 7/17/2011 | 7/22/2011 | 44.53 | 40.00 | 4.5 | 14 | 21 | 94.5 |
| 7/24/2011 | 7/29/2011 | 42.08 | 40.00 | 2 | 14 | 21 | 42 |
| 7/31/2011 | 8/5/2011 | 42.05 | 38.50 | 2 | 14 | 21 | 42 |

| 8/7/2011 | 8/12/2011 | 47.21 | 40.00 | 7.25 | | 14 | 21 | 152.25 |
|---|---|---|---|---|---|---|---|---|
| 8/14/2011 | 8/19/2011 | 44.33 | 40.00 | 4.25 | | 14 | 21 | 89.25 |
| 8/21/2011 | 8/26/2011 | 37.37 | 32.00 | 0 | | 14 | 21 | 0 |
| 8/28/2011 | 9/2/2011 | 45.24 | 40.00 | 5.25 | | 14 | 21 | 110.25 |
| 9/4/2011 | 9/9/2011 | 41.06 | 39.00 | 1 | | 14 | 21 | 21 |
| 9/11/2011 | 9/16/2011 | 24.37 | 32.00 | 0 | | 14 | 21 | 0 |

|  |  |
|---|---|
| Total | 2573.35 |

| Double | Liquidated | 5,147.60 |
|---|---|---|

| | Offer | 6,000 |
|---|---|---|

| W.E. | Check dated | Amado Pla Worked | Amado Pla Paid | OT Owed | Days | Rennaissance Rate of Pay | OT Rate | Owed |
|---|---|---|---|---|---|---|---|---|
| 9/18/2011 | 9/23/2011 | 44.24 | 40.00 | 4.25 | 5.00 | 24.00 | 36.00 | 153.00 |
| 9/25/2011 | 9/30/2011 | 45.20 | 40.00 | 5.25 | 5.00 | 24.00 | 36.00 | 189.00 |
| 10/2/2011 | 10/7/2011 | 42.34 | 39.30 | 2.25 | 5.00 | 24.00 | 36.00 | 81.00 |
| 10/9/2011 | 10/14/2011 | 42.59 | 40.00 | 2.50 | 5.00 | 24.00 | 36.00 | 90.00 |
| 10/16/2011 | 10/21/2011 | 43.14 | 40.00 | 3.25 | 5.00 | 24.00 | 36.00 | 117.00 |
| 10/23/2011 | 10/28/2011 | 42.58 | 40.00 | 2.50 | 5.00 | 24.00 | 36.00 | 90.00 |
| 10/30/2011 | 11/4/2011 | 34.40 | 32.00 | 0.00 | 4.00 | 24.00 | 36.00 | 0.00 |
| 11/6/2011 | 11/11/2011 | 42.24 | 40.00 | 2.25 | 5.00 | 24.00 | 36.00 | 81.00 |
| 11/13/2011 | 11/18/2011 | 41.47 | 39.00 | 1.50 | 5.00 | 24.00 | 36.00 | 54.00 |
| 11/20/2011 | 11/25/2011 | 43.04 | 40.00 | 3.00 | 5.00 | 24.00 | 36.00 | 108.00 |
| 11/27/2011 | 12/2/2011 | 40.25 | 39.00 | 0.25 | 5.00 | 24.00 | 36.00 | 9.00 |
| 12/4/2011 | 12/9/2011 | 41.52 | 40.00 | 1.50 | 5.00 | 24.00 | 36.00 | 54.00 |
| 12/11/2011 | 12/16/2011 | 34.39 | 32.00 | 0.00 | 4.00 | 24.00 | 36.00 | 0.00 |
| 12/18/2011 | 12/23/2011 | 45.25 | 40.00 | 5.25 | 5.00 | 24.00 | 36.00 | 189.00 |
| 12/25/2011 | 12/30/2011 | 44.28 | 40.00 | 4.25 | 5.00 | 24.00 | 36.00 | 153.00 |
| 1/1/2012 | 1/6/2012 | 42.24 | 40.00 | 2.25 | 5.00 | 24.00 | 36.00 | 81.00 |
| 1/8/2012 | 1/13/2012 | 25.21 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 1/15/2012 | 1/20/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 36.00 | 0.00 |
| 1/22/2012 | 1/27/2012 | 8.41 | 8.00 | 0.00 | 1.00 | 24.00 | 36.00 | 0.00 |
| 1/29/2012 | 2/3/2012 | 31.43 | 31.30 | 0.00 | 4.00 | 24.00 | 36.00 | 0.00 |
| 2/5/2012 | 2/10/2012 | 26.03 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/12/2012 | 2/17/2012 | 24.53 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/19/2012 | 2/24/2012 | 27.16 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/26/2012 | 3/2/2012 | 25.46 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/4/2012 | 3/9/2012 | 24.22 | 23.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/11/2012 | 3/16/2012 | 16.48 | 16.00 | 0.00 | 2.00 | 24.00 | 36.00 | 0.00 |
| 3/18/2012 | 3/23/2012 | 25.40 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/25/2012 | 3/30/2012 | 16.36 | 16.00 | 0.00 | 2.00 | 24.00 | 36.00 | 0.00 |
| 4/1/2012 | 4/6/2012 | 15.47 | 15.30 | 0.00 | 2.00 | 24.00 | 36.00 | 0.00 |
| 4/8/2012 | 4/13/2012 | 24.06 | 24.00 | 0.00 | 3.00 | 24.00 | 36.00 | 0.00 |
| 4/15/2012 | 4/20/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 36.00 | 0.00 |
| 4/22/2012 | 4/27/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | 36.00 | 0.00 |
| | | | | | | | | 1449.00 |

| Liquidated Double: | 2898 |
|---|---|
| Offer | 3250 |

| W.E. | Check dated | Kevin Worked | Joseph Paid | OT Owed | Renaissance Days | | Rate of Pay | OT Rate | Owed |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/2011 | 9/23/2011 | 16.14 | 16.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 9/25/2011 | 9/30/2011 | 13.22 | 13.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 10/2/2011 | 10/7/2011 | 16.32 | 16.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 10/9/2011 | 10/14/2011 | 13.29 | 13.30 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 10/16/2011 | 10/21/2011 | 20.35 | 20.30 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 10/23/2011 | 10/28/2011 | 13.50 | 13.30 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 10/30/2011 | 11/4/2011 | 15.04 | 15.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 11/6/2011 | 11/11/2011 | 16.35 | 16.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 11/13/2011 | 11/18/2011 | 16.31 | 16.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 11/20/2011 | 11/25/2011 | 13.29 | 13.30 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 11/27/2011 | 12/2/2011 | 24.21 | 24.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 12/4/2011 | 12/9/2011 | 11.54 | 12.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 12/11/2011 | 12/16/2011 | 21.49 | 22.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 12/18/2011 | 12/23/2011 | 20.30 | 20.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 12/25/2011 | 12/30/2011 | 14.47 | 14.30 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 1/1/2012 | 1/6/2012 | 20.08 | 20.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 1/8/2012 | 1/13/2012 | 17.00 | 16.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 1/15/2012 | 1/20/2012 | 26.06 | 26.00 | 0.00 | | 4.00 | 24.00 | 36.00 | 0.00 |
| 1/22/2012 | 1/27/2012 | 19.58 | 20.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 1/29/2012 | 2/3/2012 | 20.11 | 20.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/5/2012 | 2/10/2012 | 22.56 | 22.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/12/2012 | 2/17/2012 | 16.08 | 16.00 | 0.00 | | 2.00 | 24.00 | 36.00 | 0.00 |
| 2/19/2012 | 2/24/2012 | 30.32 | 30.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 2/26/2012 | 3/2/2012 | 28.23 | 28.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/4/2012 | 3/9/2012 | 29.05 | 28.00 | 0.00 | | 4.00 | 24.00 | 36.00 | 0.00 |
| 3/11/2012 | 3/16/2012 | 20.27 | 20.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/18/2012 | 3/23/2012 | 25.17 | 24.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 3/25/2012 | 3/30/2012 | 21.35 | 21.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 4/1/2012 | 4/6/2012 | 23.41 | 23.30 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 4/8/2012 | 4/13/2012 | 21.55 | 22.00 | 0.00 | | 3.00 | 24.00 | 36.00 | 0.00 |
| 4/15/2012 | 4/20/2012 | 7.11 | 7.00 | 0.00 | | 1.00 | 24.00 | 36.00 | 0.00 |
| 4/22/2012 | 4/27/2012 | 0.00 | 0.00 | 0.00 | | 0.00 | 24.00 | 36.00 | 0.00 |

OT owed    0.00

|  |  | Yishmael | Levi |  | Renaissance |  |  |  |
|---|---|---|---|---|---|---|---|---|
| W.E. | Check dated | Worked | Paid | OT Owed | Days | Rate of Pay | OT Rate | Owed |
| 9/18/2011 | 9/23/2011 | 44.15 | 40.00 | 4.25 | 5.00 | 14.00 | 21.00 | 89.25 |
| 9/25/2011 | 9/30/2011 | 44.19 | 40.00 | 4.25 | 5.00 | 14.00 | 21.00 | 89.25 |
| 10/2/2011 | 10/7/2011 | 43.49 | 40.00 | 3.50 | 5.00 | 14.00 | 21.00 | 73.5 |
| 10/9/2011 | 10/14/2011 | 44.13 | 40.00 | 4.25 | 5.00 | 14.00 | 21.00 | 89.25 |
| 10/16/2011 | 10/21/2011 | 33.28 | 32.00 | 0.00 | 4.00 | 14.00 | 21.00 | 0.00 |
| 10/23/2011 | 10/28/2011 | 33.17 | 32.00 | 0.00 | 4.00 | 14.00 | 21.00 | 0.00 |
| 10/30/2011 | 11/4/2011 | 41.41 | 40.00 | 1.50 | 5.00 | 14.00 | 21.00 | 31.50 |
| 11/6/2011 | 11/11/2011 | 39.55 | 38.30 | 0.00 | 5.00 | 14.00 | 21.00 | 0.00 |
| 11/13/2011 | 11/18/2011 | 41.20 | 40.00 | 1.25 | 5.00 | 14.00 | 21.00 | 26.25 |
| 11/20/2011 | 11/25/2011 | 32.47 | 32.00 | 0.00 | 4.00 | 14.00 | 21.00 | 0.00 |
| 11/27/2011 | 12/2/2011 | 37.39 | 37.00 | 0.00 | 5.00 | 14.00 | 21.00 | 0.00 |
| 12/4/2011 | 12/9/2011 | 41.30 | 40.00 | 1.25 | 5.00 | 14.00 | 21.00 | 26.25 |
| 12/11/2011 | 12/16/2011 | 41.34 | 40.00 | 1.25 | 5.00 | 14.00 | 21.00 | 26.25 |
| 12/18/2011 | 12/23/2011 | 42.11 | 40.00 | 2.00 | 5.00 | 14.00 | 21.00 | 42.00 |
| 12/25/2011 | 12/30/2011 | 42.42 | 40.00 | 2.50 | 5.00 | 14.00 | 21.00 | 52.50 |
| 1/1/2012 | 1/6/2012 | 24.04 | 24.00 | 0.00 | 3.00 | 14.00 | 21.00 | 0.00 |
| 1/8/2012 | 1/13/2012 | 42.14 | 40.00 | 2.25 | 5.00 | 14.00 | 21.00 | 47.25 |
| 1/15/2012 | 1/20/2012 | 43.47 | 40.00 | 3.50 | 5.00 | 14.00 | 21.00 | 73.50 |
| 1/22/2012 | 1/27/2012 | 41.40 | 40.00 | 1.50 | 5.00 | 14.00 | 21.00 | 31.50 |
| 1/29/2012 | 2/3/2012 | 33.31 | 32.00 | 0.00 | 4.00 | 14.00 | 21.00 | 0.00 |
| 2/5/2012 | 2/10/2012 | 42.12 | 40.00 | 2.00 | 5.00 | 14.00 | 21.00 | 42.00 |
| 2/12/2012 | 2/17/2012 | 42.15 | 40.00 | 2.25 | 5.00 | 14.00 | 21.00 | 47.25 |
| 2/19/2012 | 2/24/2012 | 24.04 | 24.00 | 0.00 | 3.00 | 14.00 | 21.00 | 0.00 |
| 2/26/2012 | 3/2/2012 | 16.24 | 16.00 | 0.00 | 2.00 | 14.00 | 21.00 | 0.00 |
| 3/4/2012 | 3/9/2012 | 41.48 | 40.00 | 1.50 | 5.00 | 14.00 | 21.00 | 31.50 |
| 3/11/2012 | 3/16/2012 | 45.30 | 40.00 | 5.25 | 5.00 | 14.00 | 21.00 | 110.25 |
| 3/18/2012 | 3/23/2012 | 34.39 | 32.00 | 0.00 | 4.00 | 14.00 | 21.00 | 0.00 |
| 3/25/2012 | 3/30/2012 | 41.19 | 40.00 | 1.25 | 5.00 | 14.00 | 21.00 | 26.25 |
| 4/1/2012 | 4/6/2012 | 41.38 | 40.00 | 1.50 | 5.00 | 14.00 | 21.00 | 31.50 |
| 4/8/2012 | 4/13/2012 | 41.14 | 40.00 | 1.25 | 5.00 | 14.00 | 21.00 | 26.25 |
| 4/15/2012 | 4/20/2012 | 26.01 | 24.00 | 0.00 | 3.00 | 14.00 | 21.00 | 0.00 |
| 4/22/2012 | 4/27/2012 | 0.00 | 0.00 | 0.00 | 0.00 | 14.00 | 21.00 | 0.00 |
|  |  |  |  |  |  |  | Total | 1013.25 |

| Doubled Liquidated | 2026.50 |
|---|---|
| Offer | 2500 |