UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, And On Behalf Of
All Other Persons Similarly Situated,

                   *Plaintiffs*,

      -against-

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, LLC, MY GUARD SECURITY
CORP., DAVID BISTRICER, Individually,
RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually,

                   *Defendants*.
------------------------------------------------------------------X

No.: 12 Civ. 5268 (JMF)

**CONSENT TO BE A
PARTY PLAINTIFF**

      I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Tawanda Thompson_
Signature

Tawanda Thompson
Print Name

2970 W. 27st #305
Home Address

Brooklyn NY 11224
City, State, ZIP Code

347-370-5441
Telephone number