UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AMADO PLA, Individually, And On Behalf Of
All Other Persons Similarly Situated,

                *Plaintiffs*,

-against-

FLATBUSH GARDENS, INC., et al.,

                *Defendants.*
------------------------------------------------------------------X

12 CV 5268 (JMF)

**CLASS AND COLLECTIVE ACTION COMPLAINT**

**PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY**

I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Josie Millien_
Signature

_Josie Millien_
Printed name

_414 sutter Av #13F_
Home address

_Brooklyn, NY 11212_
City, state, ZIP code