UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, And On Behalf Of
All Other Persons Similarly Situated,

                                   Plaintiffs,                     12 CV 5268 (JMF)

            -against-                               **CONSENT TO BE A**
                                                              **PARTY PLAINTIFF**

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, LLC, MY GUARD SECURITY
CORP., DAVID BISTRICER, Individually,
RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually,

                                  Defendants.
------------------------------------------------------------X

       I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

       I hereby designate The Harman Firm, PC to represent me in the lawsuit.

_Roy Sangster_
Printed name

_rsangster1013@gmail.com (917) 204-8491_
Email address, and telephone number

_268 Amboy St_
Home address

_Bklyn, N.Y. 11212_
City, state, ZIP code

_[signature]_            _2-12-13_
Signature                  Date