UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, And On Behalf Of
All Other Persons Similarly Situated,

                         Plaintiffs,                    12 CV 5268 (JMF)

                                                      CONSENT TO BE A
        -against-                         PARTY PLAINTIFF

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, LLC, MY GUARD SECURITY
CORP., DAVID BISTRICER, Individually,
RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually,

                        Defendants.
------------------------------------------------------------X

    I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

    I hereby designate The Harman Firm, PC to represent me in the lawsuit.

__CHARLES WESSEL__
Printed name

__TOYA1966@VERIZON.NET , 9177519631__
Email address, and telephone number

__105 AMADOR STREET__
Home address

__STATEN ISLAND, N.Y. 10303__
City, state, ZIP code

__[signature]__ __03-14-13__
Signature            Date