UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, And On Behalf Of
All Other Persons Similarly Situated,

            12 CV 5268 (JMF)

      *Plaintiffs*,

    -against-

            NOTICE OF
            MOTION FOR
RENAISSANCE EQUITY HOLDINGS, LLC,    <u>RECONSIDERATION</u>
CLIPPER EQUITY, LLC, MY GUARD SECURITY
CORP., DAVID BISTRICER, Individually,
RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually,

      *Defendants*.
------------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration, the May 16, 2013 Declaration of Peter J. Andrews, the exhibits attached thereto, and all the pleadings and proceedings herein, Plaintiffs respectfully intend to move this Court, before the Honorable Jesse M. Furman, United States District Judge, as soon as counsel can be heard for an order pursuant to the Plaintiffs' Memorandum of Law.

Dated: New York, New York    Respectfully submitted by:
    May 16, 2013        THE HARMAN FIRM, PC
                  *Counsel for Plaintiffs*

                _____s/_____
                Peter J. Andrews [PA-3295]
                200 West 57th Street, Suite 900
                New York, New York 10019
                (212) 425-2600
                pandrews@theharmanfirm.com