# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/2013

May 16, 2013

**VIA EMAIL (Furman_NYSDChambers@nysd.uscourts.gov)**
Hon. Jesse M. Furman
United States District Court
  for the Southern District of New York
United States Courthouse
40 Centre Street, Room 2202
New York, New York 10007

   Re: *Pla et al. v. Renaissance Equity Holdings et al.*, 12 CV 5268 (JMF)

Dear Judge Furman:

  We represent all of the Plaintiffs in this wage-and-hour matter, including Named Plaintiffs Amado S. Pla, Kevin Joseph, and Yishmael Levi.

  Plaintiffs have just submitted their Motion for Reconsideration of Your Honor's May 9, 2013 rulings from the bench, which mooted the claims of the three (3) Named Plaintiffs.

  We respectfully request that the deadlines that the Court set for filing a new complaint which would strike the names of the Named Plaintiffs, and to develop a proposed collective action notice document be stayed pending a ruling on Plaintiffs' Motion.

  We thank the Court for its time and consideration.

        Respectfully submitted,
        THE HARMAN FIRM, PC


        _____s/_____
        Peter J. Andrews [PA-3295]


cc: Joshua A. Marcus, Esq. (via email, jmarcus@franklingringer.com)
   Walker G. Harman, Jr. (via email)

---

*[Handwritten order:]* Pending the Court's decision on the motion for reconsideration, plaintiffs may keep Pla, Joseph, and Levi in the Amended Complaint, but there is otherwise no reason to stay the various deadlines. Accordingly, the request for a stay is DENIED. The parties are granted a one-week extension of time to file the amended complaint, proposed order and notice, and class action motion, as discussed in the Court's Order dated May 9, 2013. SO ORDERED.
*/s/ [signature]*
May 17, 2013