UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AMADO S. PLA, KEVIN JOSEPH, and
YISHMAEL LEVI, Individually, And On Behalf Of
All Other Persons Similarly Situated,

                *Plaintiffs*,

    -against-

RENAISSANCE EQUITY HOLDINGS, LLC,
CLIPPER EQUITY, LLC, MY GUARD SECURITY
CORP., DAVID BISTRICER, Individually,
RAFAEL GARCIA, Individually,
MARC ANTHONY GARCIA, Individually, and
JOHN MURPHY, Individually,

                *Defendants*.
------------------------------------------------------------------------X

12 CV 5268 (JMF)

DECLARATION OF
PETER J. ANDREWS

      **PETER J. ANDREWS** declares under penalty of perjury that the following is true and correct:

      1.    Annexed hereto as *Exhibit A* is a true and correct copy of the Proposed Collective Action Notice as filed with via ECF on Friday, May 31, 2013.

Dated:  New York, New York
          June 3, 2013

Respectfully submitted by:

         /s/
Peter J. Andrews [PA-3295]
THE HARMAN FIRM, PC
*Counsel for Plaintiffs*
200 West 57th Street, Suite 900
New York, New York 10019
(212) 425-2600
pandrews@theharmanfirm.com