# THE HARMAN FIRM, PC
ATTORNEYS & COUNSELORS AT LAW

200 WEST 57th STREET, SUITE 900, NEW YORK, NEW YORK 10019
TELEPHONE 212 425 2600   FAX 212 202 3926
WWW.THEHARMANFIRM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2013
```

November 19, 2013

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:   *Pla, et al. v. Renaissance Equity Holdings, et al.*,
        12 CV 5268 (JMF)

Dear Judge Furman:

We represent the Plaintiffs in the above-referenced wage-and-hour matter. The Parties respectfully provide a joint update to the Court pursuant to Your Honor's August 6, 2013 endorsement of Plaintiffs' August 2, 2013 letter to the Court. *See* Docket Entry 89.

With respect to the status of the settlement negotiations, the Parties are scheduled to mediate tomorrow, November 20, 2013, and the Court will be kept abreast of its results.

The Court also requested a status of the ripeness of the pending Rule 23 motion. We respectfully submit that the motion is ready for the Court's decision should the Parties be unable to settle tomorrow.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
THE HARMAN FIRM, PC

_____s/_____
Walker G. Harman, Jr. [WH-8044]

cc:   Joshua A. Marcus, Esq. (via ECF)
       Martin Gringer, Esq. (via ECF)
       Peter J. Andrews, Esq. (via ECF)

```
The parties shall advise the Court
no later than November 25, 2013, of
the outcome of the mediation.
```

SO ORDERED.

*[signature]*

November 19, 2013