```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
AMADO S. PLA et al.,                                :
                                                    :
                        Plaintiffs,                 :    12 Civ. 5268 (JMF)
                                                    :
        -v-                                         :    SCHEDULING ORDER
                                                    :
RENAISSANCE EQUITY HOLDINGS LLC et al.,             :
                                                    :
                        Defendants.                 :
                                                    :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

In light of the parties' letter of November 21, 2013, and the Court's Order of November 22, 2013 (Docket No. 100), the pretrial conference scheduled for December 2, 2013, is CANCELLED.

SO ORDERED.

Dated: November 27, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge